UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

LEWSIN MANUEL DELEON CARPIO,

                      Plaintiff,                **ORDER**

     -against-                         25 Civ. 4089 (KMK) (AEK)

EXXON THE HILL, *et al.,*

                   Defendants.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

On April 23, 2026, the Court "so ordered" a subpoena that counsel for Defendants Exxon The Hill, Yitzchok Lebovits, and Mayer Efrain Austerlitz (the "Exxon Defendants") then served on Lucy Marie Notaro, LMSW PC, one of Plaintiff's mental health providers. *See* ECF No. 67. The documents sought by the subpoena were to be produced to counsel for the Exxon Defendants by the end of the day on April 30, 2026. At a court proceeding earlier today, counsel for the Exxon Defendants confirmed that she still has not received any documents from Ms Notaro.

Accordingly, the Court grants the Exxon Defendants permission to file a motion to compel **by no later than June 1, 2026**. Any response to the motion to compel must be filed **by no later than June 4, 2026**. An in-person hearing on the motion to compel will be held on **June 8, 2026 at 12:00 p.m.** in Courtroom 250 at the United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. **Ms. Notaro must appear in person or through counsel at the hearing on the motion to compel; if she fails to appear in person or through counsel, she may be subject to sanctions.**

**Ms. Notaro can avoid having to respond to the motion to compel or appear at the hearing if she produces the documents sought by the subpoena by the June 4, 2026 deadline for responding to the motion to compel.**

Counsel for Plaintiff is hereby directed to provide a copy of this order to Ms. Notaro, and to file proof of service on the docket.

Dated: May 27, 2026
       White Plains, New York

                                        SO ORDERED.

                                        _____
                                        ANDREW E. KRAUSE
                                        United States Magistrate Judge

2