

Cali L. Chandiramani | Partner
Direct 646.292.8788 | cchandiramani@goldbergsegalla.com

June 1, 2026

> The parties' letter motion for discovery is GRANTED. The Court hereby ADOPTS the parties' proposed revised discovery schedule. This discovery schedule supersedes all previous discovery scheduling orders. The June 8, 2026 hearing on the motion to compel is hereby ADJOURNED sine die. The parties must submit a joint letter reporting on the status of discovery by no later than August 17, 2026.
> Dated: June 1, 2026

Honorable Andrew E. Krause, U.S.M.J.
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

**Re:**   **DeLeon Carpio v. Exxon The Hill, et al.**
**Case No. 25-cv-04089-KMK-AEK**
**Jointly Proposed Revised Discovery Deadlines**

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge

Dear Judge Krause:

In the above-referenced matter, we represent Defendants Exxon The Hill, Yitzchok Lebovits, and Mayer Efraim Austerlitz (i/s/h/a Mayer Efrain Austerlitz), and we are co-counsel for Defendants Global Montello Group Corp. and Alliance Energy, LLC.

We submit this letter jointly on behalf of all parties pursuant to Your Honor's Order dated May 28, 2026, following the court appearance before Your Honor on May 27, 2026, providing proposed revised discovery deadlines:

| Event | Current Deadline | Proposed Extended Deadline |
|---|---|---|
| Plaintiff's Expert Disclosures Due | 6/26/2026 | 8/10/2026 |
| Defendants' Expert Disclosures Due | 7/10/2026 | 9/14/2026 |
| Fact Discovery End Date | 6/18/2026 | 9/18/2026 |
| All Discovery End Date | 7/31/2026 | 9/18/2026 |
| Meet to Discuss Settlement | 7/2/2026 | 9/30/2026 |

Additionally, the mental health provider has responded to the subpoena Defendants served in this case. As such, Defendants no longer need to file a motion to compel as Your Honor directed us to do by today at the May 27th court appearance. The undersigned will promptly reach out to Your Honor if further court intervention becomes necessary in this regard.

We thank the Court for its attention to this matter.

Very truly yours,

*/s/ Cali L. Chandiramani*
Cali L. Chandiramani